# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Douglas Kevin Kelly, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | Case No. 1:07-cv-068 |
| Bucyrus International, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

_____

Before the court is a "Stipulation of Dismissal" filed on March 18, 2009. The court **ADOPTS** the stipulation in its entirety (Docket No. 26) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 19th day of March, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge